DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

————————————————

DAVID BRYAN ALLEN, II,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D22-879

————————————————

September 2, 2022

Appeal pursuant to Fla. R. App. P. 9.141(b)(2) from the Circuit
Court for Hillsborough County; Barbara Twine Thomas, Judge.

PER CURIAM.

Affirmed.

BLACK, ROTHSTEIN-YOUAKIM, and STARGEL, JJ., Concur.

————————————————

Opinion subject to revision prior to official publication.